# SHAW LAW OFFICES
P.O. Box 18353
Milwaukee, WI 53218
414 535-9626

June 27, 2019

Honorable Lynn S. Adelman
Milwaukee Federal U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

  Re: <u>Lori Turner v. Mark Ferguson et al.</u>
    Case No.: 18 CV 00815

Dear Judge Adelman:

I am writing this letter to bring an issue to the Court's attention, without filing a formal motion.

The Order signed on April 18, 2019 (Dkt. #25) by this Court stated that the deadline to file dispositive motions is extended to 5/26/19, and regardless of when the defendants file their dispositive motion, the plaintiff shall have until 6/27/19 to file a response.

Prior to this order, Plaintiff's counsel was trying to work out amicable deadlines for the briefing schedule, as reflected in Dkt. #21, #22, #23, and #24. Plaintiff was forced to file a motion to extend time (Dkt. #24).

Defendants did not file their dispositive motion on or before 5/26/19. Instead, Defendants elected to file their dispositive motion on 5/28/19, which is a violation of the Court's Order. Defendants did not ask me if they could extend the time for filing their brief. Today, we have the convenience of electronic filing, that can be accomplished on any day and time, which records when the Defendants filed their dispositive motion. Docket #26 shows that Defendants filed their dispositive motion on 5/28/19.

I understand that the Court has discretion regarding Defendants' dispositive motion. I want to bring it to the Court's attention because this form of sharp practice should not be encouraged.

                      Yours truly,

                      /s/ Andrew Shaw

                      Andrew Shaw

cc. Opposing Counsel, via electronic filing
   Lori Turner
   case file